| | |
|---|---|
| 1 | LONGYEAR & LAVRA, LLP |
| | Van Longyear, CSB No. 84189 |
| 2 | Kelley S. Kern, CSB No.: 221265 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: (916) 974-8500 |
| 4 | Emails:longyear@longyearlaw.com |
| | kern@longyearlaw.com |
| 5 | |
| | Attorneys for Defendants City of Arvin and |
| 6 | Officers Ornelas and Pantoja |

Greg W. Garrotto, SBN: 89542
LAW OFFICES OF GREG W. GARROTTO
1875 Century Park East, Ste. 2230
Los Angeles, CA 90067
Phone: (310) 229-9200
Email: jjggarrotto@msn.com

Attorney for Plaintiff, Manuel Palomares

Margo A. Raison, Kern County Counsel
Andre C. Hamilton, Deputy (SBN: 299877)
Office of the County Counsel, County of Kern
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Phone: (661) 868-3815
Email: ahamilton@kerncounty.com

Attorney for County of Kern

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MANUEL PALOMARES**, | ) | Case No. 1:21-CV-01745-JLT-BAK (SKO) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF ARVIN, a public entity; OFFICER ALDO ORNELAS, a public employee; OFFICER ARMANDO PANTOJA, a public employee; COUNTY OF KERN, a public employee; and DOES 1-10** | ) ) ) ) ) ) | (Doc. 10) |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

Page 1

1  Plaintiff Manuel Palomares and Defendants City of Arvin, Officers Aldo Ornelas and
2  Officer Armando Pantoja, and County of Kern hereby stipulate to and respectfully request that
3  the Court reschedule the Mandatory Scheduling Conference, currently scheduled for March 8,
4  2022 at 8:30am.  Defendants City of Arvin and Officers Ornelas and Pantoja's extended deadline
5  to return the Waivers of Service of Summons is February 23, 2023.  The deadline for their
6  response to the Complaint will be determined by the date of service of the Waivers, on or about
7  March 25, 2023.  The parties request that the Mandatory Scheduling Conference be rescheduled
8  to no sooner than thirty days from the filing of Defendants' responsive pleading.  The reasons for
9  the requested rescheduling are set forth in the attached declaration.

11  Dated: February 17, 2022                LONGYEAR & LAVRA, LLP

13                                          By:   /s/ Kelley S. Kern_____
14                                                VAN LONGYEAR
                                                  KELLEY S. KERN
15                                                Attorneys for Defendants
                                                  City of Arvin and
16                                                Officers Ornelas and Pantoja

17  Dated: February 17, 2022                LAW OFFICES OF GREG W. GARROTTO

20                                          By:   /s/ *Greg W. Garrotto*_____
                                                  GREG W. GARROTTO
21                                                Attorney for Plaintiff
                                                  Manuel Palomares

23  Dated: February 17, 2022                KERN COUNTY COUNSEL'S OFFICE

26                                          By:        /s/ *Andrew C. Hamilton*_____
                                                  ANDREW C. HAMILTON
27                                                Attorney for County of Kern

**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**
Page 2

**ORDER**

Good cause appearing, the parties' stipulated request to continue the Scheduling Conference (Doc. 10) is GRANTED. The Scheduling Conference, currently set for March 8, 2022, is CONTINUED to July 14, 2022, at 10:00 a.m. The parties shall file their joint scheduling report and worksheet by no later than seven days prior to the conference.[1]

IT IS SO ORDERED.

Dated: **February 18, 2022**           /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties' stipulation appears to contain a scrivener's error, indicating that the deadlines relating to the Waivers of Service of Summons are in 2023 (*see* Doc. 10 at 2), rather than 2022, which is what the Court assumes the parties intended to write.

**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**