Greg W. Garrotto Esq.  SBN 89542
LAW OFFICES OF GREG W. GARROTTO
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310) 229-9209
e-mail jjggarrotto@msn.com

Attorneys for Plaintiff, MANUEL PALOMARES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL PALOMARES, | CASE NO.  1:21-cv-01745-JLT-BAK(SKO) |
| Plaintiff, | |
| v. | PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM (FRCP 17 ( c )) |
| CITY OF ARVIN, a public entity; OFFICER ALDO ORNELAS, a public employee; OFFICER ARMANDO PANTOJA, a public employee; COUNTY OF KERN, a public employee;  DOES 1-10 | |
| Defendants | |

Petitioner, Violeta Negrete Garcia,  states as follows:

1. Petitioner is the biological niece of Manuel Palomares, the Plaintiff.

Since the incident which is the subject of this lawsuit, Plaintiff has resided with Petitioner.

2. Plaintiff has a cause of action for violation of the Federal Civil Rights Act against the City of Arvin, two City of Arvin Police Officers and the County of Kern.

3. Plaintiff has recently been diagnosed with early Alzheimers dementia. Because of this fact, a conservatorship of Mr. Plaintiff's estate and person has been established in the Kern County Superior Court, Case No. BPB-22-00291. The Letters of Conservatorship were issued on February 3, 2023.

4. Petitioner, Violeta Negrete Garcia, who can be contacted through her Attorneys of Record, Greg W. Garrotto (SBN 89542), Law offices of Greg W. Garrotto, 1875 Century Park East, Suite 2230, Los Angeles, CA 90067 (310)229-9200, Fax (310)229-9209, jjggarrotto@msn.com is a competent and responsible person and fully competent to act as guardian ad litem.

5. Petitioner is willing to act as guardian ad litem for said minor, as appears by her consent attached hereto .

Wherefore, Petitioner moves this Court for an order appointing Violeta Negrete Garcia as Guardian ad Litem for said minor for the purposes of bringing

action against the named defendants in this action.

Dated: 3/7/2023                    LAW OFFICES OF GREG W. GARROTTO

/s/ Greg W. Garrotto
GREG W. GARROTTO, Attorneys for Petitioner

## MEMORANDUM OF POINTS AND AUTHORITIES

<u>Federal Rule of Civil Procedure</u> 17 ( c ) states in pertinent part:

"Whenever an infant or incompetent person has a representative, such as a general guardian, committee, conservator, or other like fiduciary, the representative may sue or defend on behalf of the infant or incompetent person.  An infant or incompetent person who does not have a duly appointed representative may sue by a next friend of by a guardian ad litem.  The Court shall appoint a guardian ad litem for an infant or incompetent person not other-wise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person."

Dated: 3/7//2023          LAW OFFICES OF GREG W. GARROTTO

                          /s/ Greg W. Garrotto
                          GREG W. GARROTTO, Attorneys for Petitioner

## CONSENT OF NOMINEE

I, Violeta Negrete Garcia, the nominee to act as Guardian ad Litem for Manuel Palomares consents to act as Guardian ad Litem for Manuel Palomares in the above entitled action.

Dated: 3-7-2023

_Violeta Negrete Garcia_
Violeta Negrete Garcia

## **ORDER**

The Petition for an order appointing Violeta Negrete Garcia as Guardian ad Litem for Manuel Palomares is granted.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT COURT JUDGE