1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   MANUEL PALOMARES, by and          Case No. 1:21-cv-01745-JLT-CDB
     through his Guardian Ad Litem
12   VIOLETA NEGRETE GARCIA,           ORDER TO SHOW CAUSE IN WRITING
                                       WHY SANCTIONS SHOULD NOT BE
13              Plaintiff,             IMPOSED FOR FAILURE TO COMPLY

14        v.                           (Doc. 50)

15   CITY OF ARVIN, *et al*.
                                       **TWO-DAY DEADLINE**
16              Defendants.

17

18        On December 21, 2023, the assigned district judge adopted in full the undersigned's

19   Findings and Recommendations to approve Plaintiff's petition for approval of an incompetent

20   person's claims. (Docs. 49, 50). In the Order Adopting Findings and Recommendations, the

21   assigned district judge ordered the parties to "file a stipulation for dismissal of the action with

22   prejudice, and lodge a separate order, no later than 30 days after issuance of this order." (Doc.

23   50 at 2). As of the date of this order, more than 30 days have passed and the parties have not

24   complied with the Court's order to file a stipulation for dismissal.

25        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

26   or with any order of the Court may be grounds for imposition by the Court of any and all

27   sanctions…within the inherent power of the Court." Further, the Court has the inherent power to

28   control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1    including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

2         Accordingly, IT IS HEREBY ORDERED within two (2) days of entry of this Order, the

3    parties shall show cause in writing why sanctions, including monetary sanctions or dismissal,

4    should not be imposed for the parties' failure to timely file dispositional documents as ordered by

5    the Court.   In the alternative, the parties may comply with this Order by filing dispositional

6    documents by that same deadline.

7         **Failure to timely comply with this order will result in the issuance of sanctions.**

8    IT IS SO ORDERED.

9       Dated:   **January 23, 2024**

10                    UNITED STATES MAGISTRATE JUDGE

2